## BARNES v. TEXAS.

No. 346, Misc.   Decided March 8, 1965.

*Clyde W. Woody* for petitioner.

*Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Charles B. Swanner, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is reversed.   *Giordenello* v. *United States,* 357 U. S. 480; *Aguilar* v. *Texas,* 378 U. S. 108.